The Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>VICTOR MARTINEZ,<br>Defendant. | NO. CR10-378-MJP<br><br>ORDER |

The Court having reviewed the stipulated motion to set a status briefing schedule on the pending motion for compassionate release now, therefore:

IT IS HEREBY ORDERED that all current deadlines for responding to the pending motion for compassionate release (Dkt. 242) are stricken.

IT IS FURTHER ORDERED that the parties are directed to file a joint status report no later than March 30, 2021, advising the Court of the status of the motion for compassionate release and, if necessary, proposing a briefing schedule for the Court's approval.

DATED this 12 day of February, 2021.

MARSHA J. PECHMAN
United States District Court Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Stephen Hobbs*

STEPHEN HOBBS
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970