THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR10-378-MJP |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S MOTION TO MODIFY JUDGMENT |
| v. | |
| VICTOR MARTINEZ, | |
| Defendant. | |

THIS COURT has considered Victor Martinez's unopposed motion to withdraw his pro se motion to modify judgment (for compassionate release) (Dkt. 242).

IT IS NOW ORDERED that Mr. Martinez's pro se motion is withdrawn without prejudice.

DATED this 21st day of April 2021.

*[signature]*
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Victor Martinez

ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S MOTION TO MODIFY JUDGMENT
(*United States v. Martinez*, CR10-378-MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100